**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jawvan E. Cook,<br><br>　　　　Plaintiff<br><br>v.<br><br>United States, et al.,<br><br>　　　　Defendants | 2:16-cv-00069-JAD-VCF<br><br>**Order Adopting Report and Recommendation**<br><br>[ECF 2] |

　　　Jawvan E. Cook sues the United States, the State of Nevada, Las Vegas Metropolitan Police Department (Metro), and John Doe Officers # 1–5 for allegedly unlawfully seizing him inside a Blueberry Hill restaurant.[1] Magistrate Judge Ferenbach screened Cook's complaint under 28 USC § 1915(e). He recommends that I dismiss with prejudice all claims against the United States and the State of Nevada; dismiss with leave to amend all claims against Metro, Officers John Doe # 4 and # 5, and allow to proceed all claims against Officers John Doe # 1, # 2, and # 3.[2] Objections were due by February 5, 2016. No party has filed objections or requested an extension to do so.

　　　"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

　　　Accordingly, good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Ferenbach's Report and Recommendation **[ECF 2]** is **ADOPTED;**

　　　**All claims against the United States and the State of Nevada are DISMISSED** with prejudice;

---

[1] ECF 3.

[2] ECF 2.

All claims against defendants **Las Vegas Metropolitan Police Department, Officer John Doe # 4, and Officer John Doe # 5** are **DISMISSED** with leave to amend.  **The claims against Officer John Doe # 1, Officer John Doe # 2, and Officer John Doe # 3 may proceed**;

IT IS FURTHER ORDERED that, if plaintiff wishes to file an amended complaint curing the deficiencies in his claims against Metro and Doe Officers # 4 and # 5 outlined in the report and recommendation, he must do so by **March 25, 2016.  If plaintiff does not file an amended complaint by that date, this action will proceed against Officers John Doe # 1, # 2, and # 3 only;**

IT IS FURTHER ORDERED that plaintiff's amended complaint must contain all claims, defendants, and factual allegations that he wishes to pursue in this lawsuit, and it must not contain any claims or parties already dismissed with prejudice.  If plaintiff chooses to file an amended complaint, he must use the approved form and must write the words "First Amended" above the words "Civil Rights Complaint" in the caption;

IT IS FURTHER ORDERED that The Clerk of the Court is directed to send plaintiff the approved form for filing a §1983 complaint, instructions for the same, and a copy of his original complaint.

Dated this 25th day of February 2016

_____
Jennifer A. Dorsey
United States District Judge