1

**UNITED STATES DISTRICT COURT**

2

**DISTRICT OF NEVADA**

3

4

Jawvan E. Cook,

**2:16-cv-00069-JAD-VCF**

5

Plaintiff

**Order Adopting Report and Recommendation, Dismissing Amended Complaint with Prejudice, and Closing Case**

6

v.

7

The United States, *et al.*,

8

Defendants

[ECF Nos. 6, 7]

9

10          Pro se plaintiff Jawvan Cook brings this civil-rights case against the United States of

11    America, the State of Nevada, Las Vegas Metropolitan Police Department ("Metro") and Doe

12    Defendants.  On February 25, 2016, I dismissed all of Cook's claims and gave him leave to amend

13    some of them with directions for curing their deficiencies.[1]  I directed Cook to file his amended

14    complaint by March 25, 2016.  Cook did not file an amended complaint by this deadline; instead, on

15    April 28, 2016, he filed a motion for leave to amend.[2]  Magistrate Judge Cam Ferenbach permitted

16    Cook to belatedly file his amended complaint, screened Cook's amended complaint under the Prison

17    Litigation Reform Act, and recommends that I dismiss all claims with prejudice.[3]  Cook has not filed

18    an objection to the magistrate judge's report and recommendation or requested an extension to do so,

19    and the deadline for doing so has expired.

20          "[N]o review is required of a magistrate judge's report and recommendation unless

21    objections are filed."[4]  Accordingly, and with good cause appearing, IT IS HEREBY ORDERED that

22    **Magistrate Judge Ferenbach's report and recommendation [ECF No. 7] is ADOPTED; this**

23

---

24    [1] ECF No. 4.

25    [2] ECF No. 6.

26    [3] ECF No. 7.

27

28    [4] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

1   **case is DISMISSED with prejudice.**

2   The Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS CASE.

3   Dated this 21st day of June, 2016.

4   _____

5   Jennifer A. Dorsey
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28